IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00146-PSF-MJW

PATRICK PORTLEY-EL,

Petitioner,

v.

KEVIN MILYARD, et al.,

Respondents.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the petitioner's Request for Court Clarification, which was filed on June 22, 2006 (Docket No. 13), is granted in part and denied in part. The motion is granted to the extent that the plaintiff is advised that the respondents' Answer to Application for Writ of Habeas Corpus was filed with the court on April 7, 2006 (Docket No. 11). At the end of that Answer is a Certificate of Service indicating that the petitioner was served with a copy of the Answer via regular mail at Sterling Correctional facility. Based upon this information, a default will not enter. However, it is further

ORDERED that counsel for the Respondents shall forthwith mail to the petitioner another copy of the Answer to Application for Writ of Habeas Corpus (Docket No. 11) and another copy of the respondent's Motion for Enlargement of Time (Docket No. 9). In addition, it is further

ORDERED that the petitioner shall have up to and including July 31, 2006, to file a Traverse.

Date: June 23, 2006