IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00146-WYD-KLM

PATRICK PORTLEY-EL,

    Petitioner,

v.

KEVIN MILYARD, and
COLORADO ATTORNEY GENERAL,

    Respondents.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Petitioner's **Petition for A Prompt Determination** [Docket No. 22; filed December 13, 2007] (the "Motion").

    Petitioner requests an expedited ruling on his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2255 [Docket No. 2; filed January 26, 2006]. The Court's caseload and the complexities of its docket likely cannot be explained to the satisfaction of Petitioner. The Court endeavors to rule in a timely fashion regarding all pending matters. Petitioner's case is no exception.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion [#22] is **DENIED**.

    Dated: April 18, 2008