IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00146-WYD-KLM

PATRICK PORTLEY-EL,

    Petitioner,

v.

KEVIN MILYARD, and
COLORADO ATTORNEY GENERAL,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Petition for a Determination, filed May 18, 2009 [#32] is **DENIED AS MOOT**.

    The clerk shall mail Petitioner a copy of this Minute Order, the Judgement entered December 30, 2008 [#29], the Order Adopting and Affirming Magistrate Judge's Recommendation entered December 29, 2008 [#27], and the Recommendation of United States Magistrate Judge entered December 1, 2008 [#26] to the address contained in the Petition for Determination.